JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2007-HY6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY6, SELECT PORTFOLIO SERVICING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EUGENCIA MANCERA CELESTIN, SEDRICK CELESTIN, ANTHONY ACEVEDO, ERNST BORNO, NEW S.E.S. DEVELOPMENT, INC., <br><br> Defendants. | No. ED CV 15-2564 PA (KKx) <br><br> DEFAULT JUDGMENT AND PERMANENT INJUNCTION |

In accordance with the Court's order granting the Motion for Default Judgment brought by plaintiffs The Bank of New York Mellon FKA The Bank of New York, As Trustee for The Certificate holders CWALT, Inc. Alternative Loan Trust 2007-HY6 Mortgage Pass-Through Certificates, Series 2007-HY6 ("BNYM") and Select Portfolio Servicing, Inc. (collectively "Plaintiffs") filed and entered on June 20, 2016,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff is entitled to judgment against defendants Sedrick Celestin ("Sedrick"), Eugenia Mancera Celestin ("Eugenia"), Ernst Borno ("Borno"), Anthony Acevedo ("Acevedo"), and New S.E.S. Development Inc. ("SES Development") (collectively "Defendants").

It is further ORDERED, ADJUDGED, and DECREED that the following documents recorded in the Official Records of Riverside County shall be expunged and canceled: (1) Substitution of Trustee and Deed of Full Reconveyance recorded on November 30, 2011, as document number 2011-0527525; (2) Substitution of Trustee and Deed of Full Reconveyance recorded on January 24, 2012, as document number 2012-0030751; (3) Notice of Rescission of Declaration of Default and Demand for Sale and of Notice of Default and Election to Sell recorded on December 5, 2012, as document number 2012-0590531; (4) Rescission of Notice of Default and Election to Sell Under Deed of Trust recorded on December 31, 2014, as document number 2014-0499066 (5) UCC Financing Statement recorded on January 31, 2013, as document number 2013-0054606; (6) UCC Financing Statement recorded on October 25, 2013, as document number 2013-0509506; (7) UCC Financing Statement recorded on January 13, 2014, as document number 2014-0013621; (8) UCC Financing Statement recorded on February 19, 2014, as document number 2014-0064140.

It is further ORDERED, ADJUDGED, and DECREED that each of the eight expunged and cancelled documents shall be delivered to BNYM.

It is further ORDERED, ADJUDGED, and DECREED that Defendants and each of their agents, employees, officers, directors, owners, attorneys, representatives, successor companies, related companies, and all persons acting in concert or participation with Defendants are permanently restrained, enjoined, and prohibited from executing or recording any further documents which purport to effect Plaintiffs' interest in the property located at 4007 Susie Circle, Corona, CA 92881 (the "Property"), or any ongoing non-judicial foreclosure proceedings against the Property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs shall recover their costs of suit.

DATED:  June 20, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE